

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-18-00191-CR

TODD PECK, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 102nd District Court
Bowie County, Texas
Trial Court No. 17F1221-102

Before Morriss, C.J., Burgess and Stevens, JJ.

ORDER

Our review of the clerk's record and the reporter's record in this case indicates that they contain "sensitive data" as that phrase is defined in Rule 9.10 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.10(a). Sensitive data includes "a birth date, a home address, and the name of any person who was a minor at the time the offense was committed." TEX. R. APP. P. 9.10(a)(3). The clerk's record and volumes one, nine, ten, eleven, twelve, thirteen, and fourteen of the reporter's record contain the names of persons who were minors at the time the offense was committed. Rule 9.10(b) states, "Unless a court orders otherwise, an electronic or paper filing with the court, including the contents of any appendices, must not contain sensitive data." TEX. R. APP. P. 9.10(b).

Rule 9.10(g) provides, "A court may also order that a document be filed under seal in paper form or electronic form, without redaction." TEX. R. APP. P. 9.10(g). Therefore, because the clerk's record and volumes one, nine, ten, eleven, twelve, thirteen, and fourteen of the reporter's record contain sensitive data, we order the clerk of this Court or her appointee, in accordance with Rule 9.10(g), to seal the electronically filed clerk's record and volumes one, nine, ten, eleven, twelve, thirteen, and fourteen of the reporter's record.

IT IS SO ORDERED.

BY THE COURT

Date:   July 17, 2019

2